**SENTENCING**

Date:  08/06/2010                                              Judge: Trenga
                                                               Reporter: R. Montgomery
                                                               Start: 9:03 a.m.
                                                               End: 9:20 a.m.

UNITED STATES of AMERICA                         Case Number  1:10CR00109-001
            V.

Brenna Marie Reilly
Counsel/Govt:  Justin Gelfand/Tracy McCormick       Counsel/Deft: Aamra Ahmad
Court adopts PSI ( ✘ )   without exceptions (  )   with exceptions: Gov't requests a w/in G/L sentence (3 mths). Deft requests a sentence of Probation along w/ mental health treatment and home confinement. **Court:** Court imposed a sentence w/in the G/L.

**SENTENCING GUIDELINES** :                                    Court departs from Guidelines pursuant
Offense Level:  4                                              to:
Criminal History:  I
Imprisonment Range:  0  to  6  months                          ____ USSG 5H1.4
Probation: no more than 3 years                                ____ USSG 5K1.1
Supervised Release Range:  1  year                             ____ USSG 5K2.12
Fine Range: $ 250   to $ 5,000                                 ____ USSG 5C1.2
Restitution $ 7,027.21                                         ____ Other:_____
Special Assessment $ 100    (  ) Satisfied    ( ✘ ) Unsatisfied, due immediately    ____ Mandatory Minimum

**JUDGMENT OF THE COURT:**                            **Plea:**  ✘   -OR-  **Trial:** _____
BOP for ___ Days
Supervised Release for ___ Year, with special conditions: (  ) Yes (  ) No
Supervised Probation for  3  Years, with special conditions: ( ✘ ) Yes (  ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in _____ days
Restitution of $ **7,027.21** due immediately/ monthly installments of $ **200** to begin immediately
( ✘ )    Fine/costs of incarceration waived
■        Restitution Judgment submitted in open Court

**SPECIAL CONDITIONS**:
1. The deft shall spend 30 days in confinement to be served intermittently - on the weekends and evenings - not to interfere with employment or school.
2. The deft shall be on home detention for a period of FOUR (4) MONTHS, which shall include electronic monitoring.
3. The deft is ordered to pay restitution in the amount of $7,027.21, due and payable immediately. The deft shall pay the balance, if any, of the aforementioned restitution in equal monthly installments of $200 per month to commence immediately, until paid in full.
4. The deft shall not open new deposit accounts, incur new credit card charges or open additional lines of credit or credit card accounts w/o first obtaining the expressed approval of the PO.
5. The deft shall provide the PO access to any requested financial information.
6. The deft shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gain to the outstanding court-ordered financial obligation, as directed by the PO.
7. The deft shall participate in a program approved by the PO for mental health evaluation and treatment - costs to be paid by the deft, as directed by the PO. Deft to waive all rights of confidentiality re: mental health treatment to allow the release of info to the PO and authorize communication btw the PO and the treatment provider.

Deft: (  ) Remanded   (  ) Cont'd on Bond to Self-Surrender  ( ✘ ) Referred to  USPO   (  ) Immediate Deportation